FILED

12/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0354

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**
**Supreme Court Cause No. DA 24-0354**

IN RE THE MARRIAGE OF:

KIRSTEN ANN MARTIN

                Petitioner/Appellee,

and

BRIAN ARTHUR MARTIN,

                Respondent/Appellant.

**ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**

Having reviewed Appellant Brian Martin's Unopposed Motion for Extension of Time to File Appellant's Opening Brief and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED and his opening brief shall be filed no later than January 6, 2025.

ELECTRONICALLY DATED AND SIGNED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 4 2024